**FILED**

May 19, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____

DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| ROBERTO SUAREZ, § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **NO. SA-24-CV-00547-OLG** |
| § | |
| STEP TRUCKING, INC. and SAEED- § | |
| AL-GAHMI SAEED AHMED, § | |
| § | |
| **Defendants.** § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed May 1, 2025, concerning Defendants' Motion for Partial Summary Judgment (Dkt. No. 24). (*See* R&R, Dkt. No. 31.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days. FED. R. CIV. P. 72(b)(2). Defendants, through counsel, were electronically served with a copy of the R&R on May 5, 2025, and timely filed their objections on May 16, 2025 (*see* Dkt. No. 33).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the R&R de novo and finds that the Magistrate Judge correctly concluded that Defendants are not entitled to judgment as a matter of law on Plaintiff's gross negligence claim against Defendant Ahmed. The Court therefore **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 31) and, for the reasons set forth therein, Defendants' Motion (Dkt. No. 24) is **DENIED IN PART** and **DENIED AS MOOT IN PART**.

It is so **ORDERED**.

SIGNED this ___ 19 ___ day of May, 2025.

ORLANDO L. GARCIA
United States District Judge